IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,**<br>124 Washington Place<br>New York, NY 10014<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF INTERIOR,**<br>1849 C Street NW,<br>Washington, D.C. 20240<br><br>**U.S. FISH AND WILDLIFE SERVICE**<br>1849 C Street, NW, Room 3358<br>Washington, D.C. 20240<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendants U.S. DEPARTMENT OF INTERIOR and U.S. FISH AND WILDLIFE SERVICE's failure to produce various agency records. In violation of FOIA, Defendants failed to issue a determination within the statutory deadline and failed to produce records responsive to the requests.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter with *The Guardian* and *The Nation*, among other media outlets, and is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF INTERIOR ("DOI") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. FISH AND WILDLIFE SERVICE ("FWS") is a component of DOI, a federal agency, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 11, 2021 FOIA REQUEST TO DOI (SOL BIDEN APPOINTEE CALENDARS)

7. On March 11, 2021, TOBIAS submitted a FOIA request to Office of the Solicitor, a component at DOI for "[a]ny and all work calendars/schedules for the following Interior Department political appointees: Robert Anderson, Principal Deputy Solicitor; Travis Annatoyn, Deputy Solicitor for Energy and Mineral Resources; Lana Daniel Davis, Principal Deputy Assistant Secretary – Land and Minerals Management; Shannon Estenoz, Principal Deputy Assistant Secretary – Fish and Wildlife and Parks; Morgan Gray, Deputy Director of Congressional Affairs – Senate; Ruchi Jain, Deputy Solicitor for General Law; Kate Kelly, Deputy Chief of Staff – Policy; Marissa Knodel, Advisor, Bureau of Ocean Energy Management; Shantha Ready Alonso, Director for Intergovernmental and External Affairs; Paniz Rezaeerod, Deputy Director of Congressional Affairs – House; Janea Scott, Counselor to the Secretary; Rachael Taylor, Principal Deputy Assistant Secretary – Policy, Management and Budget; Maggie Thompson, White House Liaison; Maria (Camille) Touton, Deputy Commissioner, Bureau of Reclamation; Tanya Trujillo, Principal Deputy Assistant Secretary – Water and Science; Jennifer Van der Heide, Chief of Staff; Andrew Wallace, Director of Congressional Affairs; Martha Williams, Principal Deputy Director, Fish and Wildlife Service." TOBIAS sought records produced since January 20, 2021. Ex. 1 at 1.

8. On March 31, 2021, DOI acknowledged receipt of the request and assigned reference number SOL-2021-002954. Ex. 2.

9. Having received no further correspondence from DOI, TOBIAS sought an estimated date of completion for the request on October 12, 2021 and January 11, 2022, but Office of the Solicitor at DOI never responded. Ex. 1 at 4.

10. As of the date of this filing, DOI has not issued a determination letter and has produced no records responsive to this request. Nor has DOI complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

**MARCH 11, 2021 FOIA REQUEST TO DOI (OS BIDEN APPOINTEE CALENDARS)**

11. On March 11, 2021, TOBIAS submitted a FOIA request to Office of the Secretary, a component at DOI for "[a]ny and all work calendars/schedules for the following Interior Department political appointees: Robert Anderson, Principal Deputy Solicitor; Travis Annatoyn, Deputy Solicitor for Energy and Mineral Resources; Lana Daniel Davis, Principal Deputy Assistant Secretary – Land and Minerals Management; Shannon Estenoz, Principal Deputy Assistant Secretary – Fish and Wildlife and Parks; Morgan Gray, Deputy Director of Congressional Affairs – Senate; Ruchi Jain, Deputy Solicitor for General Law; Kate Kelly, Deputy Chief of Staff – Policy; Marissa Knodel, Advisor, Bureau of Ocean Energy Management; Shantha Ready Alonso, Director for Intergovernmental and External Affairs; Paniz Rezaeerod, Deputy Director of Congressional Affairs – House; Janea Scott, Counselor to the Secretary; Rachael Taylor, Principal Deputy Assistant Secretary – Policy, Management and Budget; Maggie Thompson, White House Liaison; Maria (Camille) Touton, Deputy Commissioner, Bureau of Reclamation; Tanya Trujillo, Principal Deputy Assistant Secretary – Water and Science; Jennifer Van der Heide, Chief of Staff; Andrew Wallace, Director of Congressional Affairs; Martha

Williams, Principal Deputy Director, Fish and Wildlife Service." TOBIAS sought records produced since January 20, 2021. Ex. 3 at 1.

12. DOI assigned reference number DOI-OS-2021-002942 to the matter. *Id.*

13. Having received no further correspondence from DOI, TOBIAS sought an estimated date of completion for the request on October 26, 2021. *Id.* at 2.

14. On October 28, 2021, DOI stated that it "estimates having a final response" or an interim response at minimum by November 5, 2021. *Id.* at 2.

15. On November 4, 2021, DOI stated that the records are still "being processed" and the new estimated date of completion is "towards the later part of the month." *Id.* at 3.

16. As he never received a determination or the requested records from DOI, TOBIAS sought an estimated date of completion of the request on January 13, 2022. *Id.* at 3.

17. On January 19, 2022, DOI stated that it estimates "a first release" by February 15 "with others following promptly," but DOI never released any records. *Id.*

18. As of the date of this filing, DOI has not issued a determination letter and has produced no records responsive to this request. Nor has DOI complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## JULY 15, 2021 FOIA REQUEST TO FWS (WILLIAMS SALMON)

19. On July 15, 2021, TOBIAS submitted a FOIA request to FWS for "[a]ny and all written or electronic communications, including email attachments, sent or received by Martha Williams that contain one or more of the following words or phrases: 'smelt,' 'salmon,' and/or 'Souza.'" TOBIAS requested for records that have been created since January 20, 2021. Ex. 4.

20. FWS assigned reference number DOI-FWS-2021-005076 to the matter. *Id.*

21. On August 4, 2021, FWS fully granted a fee waiver for the request. *Id.* at 2.

22. Having received no further correspondence from FWS, TOBIAS sought an estimated date of completion for the request on October 26, 2021. *Id.* at 3.

23. On December 13, 2021, FWS stated that the records "need to be reviewed" and expects to "send final determination by the end of the year." Ex. 5.

24. As he never received a determination or the requested records from FWS, TOBIAS sought estimated date of completion on two separate occasions, on January 10, 2022, and February 9, 2022. Ex. 4 at 3.

25. On February 9, 2022, FWS stated that the request "has been assigned to the FOIA Officer for further processing." FWS also claimed that it expects to have a determination "in the next two weeks," but FWS never issued any such determination or the requested records. *Id.* at 4.

26. As of the date of this filing, FWS has not issued a determination letter and has produced no records responsive to this request. Nor has FWS complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**JULY 20, 2021 FOIA REQUEST TO FWS (REIMBURSABLE AGREEMENTS)**

27. On July 20, 2021, TOBIAS submitted a FOIA request to FWS for "[c]opies of all reimbursable agreements between FWS, including its headquarters and regional and local offices, and private entities such as corporations, LLCs, individual businesses, private landowners, developers, etc. I specifically seek documentation of reimbursable agreements in which FWS received funding or monetary compensations from private parties." TOBIAS indicated that he seeks records that have been created since January 1, 2011. TOBIAS also provided an example of such reimbursable agreement to aid FWS' search. Ex. 6.

28. FWS assigned reference number DOI-FWS-2021-005143 to the matter. *Id.*

29. TOBIAS sought an estimated date of completion for the request on two separate occasions, on October 12, 2021, and January 11, 2022, but FWS never responded. *Id.*

30. As of the date of this filing, FWS has not issued a determination letter and has produced no records responsive to this request. Nor has FWS complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### SEPTEMBER 21, 2021 FOIA REQUEST TO FWS (OIG REFERRAL)

31. On September 21, 2021, TOBIAS submitted a FOIA request to FWS for "[a]ny and all documents, interviews, reports or emails stemming from OIG Complaint #OI-HQ-21-0402-R, which was referred by DOI OIG to the Fish and Wildlife Service for internal investigation." Ex. 7.

32. FWS assigned reference number DOI-FWS-2021-006184.

33. On January 12, 2022, TOBIAS sought an estimated date of completion for the request, but FWS never responded. *Id.* at 6.

34. As of the date of this filing, FWS has not issued a determination letter and has produced no records responsive to this request. Nor has FWS complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### SEPTEMBER 27, 2021 FOIA REQUEST TO DOI (ANDERSON LINE 3)

35. On September 27, 2021, TOBIAS submitted a FOIA request to Office of the Solicitor, a component of DOI for "[a]ny and all written or electronic communications, including

email attachments, sent or received by Solicitor Robert Anderson that refer in any way to Line 3, the pipeline being built by Enbridge in Minnesota." Ex. 8.

36. DOI assigned reference number DOI-SOL-2021-006310 to the matter. *Id.*

37. Having received no further communication, TOBIAS sought an estimated date of completion for the request on March 8, 2022, but DOI never responded. *Id.* at 2.

38. As of the date of this filing, DOI has not issued a final determination letter and has produced no records responsive to this request. Nor has DOI complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### SEPTEMBER 27, 2021 FOIA REQUEST TO DOI (BEAUDREAU LINE 3)

39. On September 27, 2021, TOBIAS submitted a FOIA request to Office of the Secretary, a component of DOI for "[a]ny and all written or electronic communications, including email attachments, sent or received by Deputy Secretary Tommy Beaudreau that refer in any way to Line 3, the pipeline being built by Enbridge in Minnesota." Ex. 9.

40. DOI assigned reference number DOI-OS-2021-006309 to the matter. *Id.*

41. Having received no further communication, TOBIAS sought an estimated date of completion for the request on January 12, 2022, but DOI never responded. *Id.* at 2.

42. As of the date of this filing, DOI has not issued a final determination letter and has produced no records responsive to this request. Nor has DOI complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### SEPTEMBER 27, 2021 FOIA REQUEST TO DOI (DANIEL-DAVIS LINE 3)

43. On September 27, 2021, TOBIAS submitted a FOIA request to Office of the Secretary, a component of DOI for "[a]ny and all written or electronic communications, including email attachments, sent or received by Laura Daniel-Davis that refer in any way to Line 3, the pipeline being built by Enbridge in Minnesota." Ex. 10.

44. DOI assigned reference number DOI-OS-2021-006311 to the matter. *Id.*

45. Having received no further communication, TOBIAS sought an estimated date of completion for the request on January 12, 2022, but DOI never responded. *Id.* at 2.

46. As of the date of this filing, DOI has not issued a final determination letter and has produced no records responsive to this request. Nor has DOI complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### SEPTEMBER 29, 2021 FOIA REQUEST TO FWS (TIGER KING)

47. On September 29, 2021 TOBIAS submitted a FOIA request to FWS for "[a]ll records, including final reports, memos, emails and photographs, relating to any and all Office of Law Enforcement investigations into one or more of the following individuals: Joe Exotic, Carole Baskin and/or Doc Antle. All three of these individuals were featured in the hit Netflix documentary Tiger King." Ex. 11 at 1.

48. On October 5, 2021, FWS acknowledged receipt of the request, assigned reference number DOI-FWS-2021-006390 to the matter, and stated that it may provide a determination to TOBIAS by November 3, 2021. Ex. 12.

49. Having received no further communication, TOBIAS sought an estimated date of completion for the request on two separate occasions, on January 11, 2022, and February 23, 2022, but FWS never responded. Ex. 11 at 3-4.

50. As of the date of this filing, FWS has not issued a final determination letter and has produced no records responsive to this request. Nor has FWS complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## COUNT I – MARCH 11, 2021 FOIA REQUEST TO DOI
### (SOL BIDEN APPOINTEE CALENDARS)

51. The above paragraphs are incorporated by reference.

52. Defendant DOI and its component Office of the Solicitor are federal agencies subject to FOIA.

53. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

54. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOI and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

## COUNT II – MARCH 11, 2021 FOIA REQUEST TO DOI
### (OS BIDEN APPOINTEE CALENDARS)

55. The above paragraphs are incorporated by reference.

56. Defendant DOI and its component Office of the Secretary are federal agencies subject to FOIA.

57. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

58. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOI and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

### COUNT III – JULY 15, 2021 FOIA REQUEST TO FWS
### (WILLIAMS SALMON)

59. The above paragraphs are incorporated by reference.

60. Defendant FWS is a federal agency subject to FOIA.

61. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

62. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), FWS has failed to issue a determination and has failed to promptly produce records responsive to the request.

### COUNT IV – JULY 20, 2021 FOIA REQUEST TO FWS
### (REIMBURSABLE AGREEMENTS)

63. The above paragraphs are incorporated by reference.

64. Defendant FWS is a federal agency subject to FOIA.

65. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

66. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), FWS has failed to issue a determination and has failed to promptly produce records responsive to the request.

### COUNT V – SEPTEMBER 21, 2021 FOIA REQUEST TO FWS
### (OIG REFERRAL)

67. The above paragraphs are incorporated by reference.

68. Defendant FWS is a federal agency subject to FOIA.

69. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

70. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), FWS has failed to issue a determination and has failed to promptly produce records responsive to the request.

### COUNT VI – SEPTEMBER 27, 2021 FOIA REQUEST TO DOI
### (ANDERSON LINE 3)

71. The above paragraphs are incorporated by reference.

72. Defendant DOI and its component Office of the Solicitor are federal agencies subject to FOIA.

73. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

74. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOI and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

### COUNT VII – SEPTEMBER 27, 2021 FOIA REQUEST TO DOI
### (BEAUDREAU LINE 3)

75. The above paragraphs are incorporated by reference.

76. Defendant DOI and its component Office of the Secretary are federal agencies subject to FOIA.

77. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

78. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOI and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

### COUNT VIII – SEPTEMBER 27, 2021 FOIA REQUEST TO DOI
### (DANIEL-DAVIS LINE 3)

79. The above paragraphs are incorporated by reference.

80. Defendant DOI and its component Office of the Secretary are federal agencies subject to FOIA.

81. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

82. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOI and its component have failed to issue a determination and have failed to promptly produce records responsive to the request.

### COUNT IX – SEPTEMBER 29, 2021 FOIA REQUEST TO FWS
### (TIGER KING)

83. The above paragraphs are incorporated by reference.

84. Defendant FWS is a component of DOI and a federal agency subject to FOIA.

85. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

86. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), FWS has failed to issue a determination and has failed to promptly produce records responsive to the request.

**WHEREFORE,** TOBIAS asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records responsive to the requests;

iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

iv. enjoin Defendants from withholding non-exempt public records under FOIA;

v. award TOBIAS attorneys' fees and costs; and

vi. award such other relief the Court considers appropriate.

Dated:  March 14, 2022

- 13 -

        RESPECTFULLY SUBMITTED,

        */s/ Matthew V. Topic*

        Attorneys for Plaintiff
        JIMMY TOBIAS

        Matthew Topic, D.C. Bar No. IL0037
        Josh Loevy, D.C. Bar No. IL0105
        Merrick Wayne, D.C. Bar No. IL0058
        Shelley Geiszler, D.C. Bar No. IL 0087
        LOEVY & LOEVY
        311 N. Aberdeen, Third Floor
        Chicago, IL 60607
        (312) 243-5900
        foia@loevy.com